1  MORGAN, LEWIS & BOCKIUS LLP
   DONALD P. SULLIVAN, State Bar No. 191080
2  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
3  Tel: 415.442.1000
   Fax: 415.442.1001
4  E-mail: dpsullivan@morganlewis.com

5  Attorneys for Defendant
   THE PRUDENTIAL INSURANCE COMPANY OF
6  AMERICA

FILED

2008 MAY -2 PM 4: 33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____KNR_____DEPUTY

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL G. BUNNEY,                    Case No. 08 CV 760 BTM POR

12              Plaintiff,                **PROOF OF SERVICE**

13        vs.

14  THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA,
15
                Defendant.
16

17        I am a resident of the State of California and over the age of eighteen years, and not a

18  party to the within action; my business address is One Market, Spear Street Tower, San

19  Francisco, California 94105-1126.

20        On **April 28, 2008**, I served the within document(s):

21                       **CIVIL COVER SHEET**

22                       **NOTICE OF REMOVAL**

23
    ☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set
24       forth below on this date before 5:00 p.m.

25  ☐    by placing true and correct copies of the documents listed above in sealed
         envelopes with postage thereon fully prepaid, in the United States mail at San
26       Francisco, California addressed as set forth below.

27  ☒    by placing the document(s) listed above in a sealed Federal Express envelope and
         affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal
         Express agent for delivery.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE
CASE NO. 08 CV 760 BTM POR

☐     by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

☐     by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

Michael G. Bunney
3525A Del Mar Heights Road, #325
San Diego, CA 92130

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **April 28, 2008**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

*Mary Gonzalez*

Mary Gonzalez

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PROOF OF SERVICE
CASE NO. 08 CV 760 BTM POR