AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN **District of** CALIFORNIA

Michael G. Bunney

              Plaintiff (s),

V.

The Prudential Insurance Company of America

              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 08 CV 760 BTM POR

Notice is hereby given that, subject to approval by the court, Michael G. Bunney (Party (s) Name) substitutes Frank N. Darras (Name of New Attorney), State Bar No. 128904 as counsel of record in place of Michael G. Bunney, Plaintiff in Pro Per (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
Address: 3257 East Guasti Road, Suite 300, Ontario, CA 91761
Telephone: (909) 390-3770    Facsimile (909) 974-2121
E-Mail (Optional): fdarras@sbd-law.com

I consent to the above substitution.
Date: May 21, 2008
Michael G. Bunney, Plaintiff In Pro Per
(Signature of Party (s))

I consent to being substituted.
Date: May 21, 2008
Michael G. Bunney, Plaintiff In Pro Per
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 21, 2008
(Signature of New Attorney)
Frank N. Darras

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

Bunney v. Prudential
Case No: 08-cv-760 BTM POR

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO**

I am employed in the county of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3257 East Guasti Road, Suite 300, Ontario, California 91761.

On **May 22, 2008**, I served the foregoing document described as:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

on all interested parties in this action by placing [ ] the original [ x ]a true copy thereof enclosed in sealed envelopes addressed as follows:

Donald P. Sullivan, Esq.
MORGAN LEWIS & BOCKIUS LLP
1 Market Street
Spear Street Tower
San Francisco, CA  94105-1126
Phone: (415) 442-1000
Fax: (415) 442-1001
Attorneys for Defendant: The Prudential Insurance Company of America

Michael G. Bunney
3525 A Del Mar Heights Road, Apt. 325
San Diego, CA 92130
Plaintiff In Pro Per

[ x ]BY MAIL
  I caused such envelope to be deposited in the mail at Ontario, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[ ]BY PERSONAL SERVICE
  I caused to be delivered by hand to the above-listed addressees or to the addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ]BY OVERNIGHT MAIL/COURIER
  To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ]BY FACSIMILE ("FAX")
  In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **May 22, 2008**, at Ontario, California.

_____
Catherine Carvalho