# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. BUNNEY,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>　　　　　　　　　Defendant. | CASE NO. 08CV760 BTM (POR)<br><br>ORDER GRANTING SUBSTITUTION<br>OF ATTORNEY AND DENYING<br>MOTION FOR APPOINTMENT OF<br>COUNSEL |

　　Upon consent of Plaintiff and his new attorney, the Court GRANTS Plaintiff's request to substitute counsel. Plaintiff's motion to appoint counsel is DENIED as moot.

IT IS SO ORDERED.

DATED: May 23, 2008

　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*

　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　United States District Judge