MICHAEL G. BUNNEY,
Plaintiff In Proper
3525A Del Mar Heights Road, #325
San Diego, CA 92130
Tel: 858-444-7107
Fax: 760-434-0104
Email: MGBunney@aol.com



FILED
08 MAY 27 AM 10: 58
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

NUNC PRO TUNC
MAY 10 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. BUNNEY, | ) Case No.: 308-cv-760 BTM POR |
| Plaintiff, | ) **PLAINTIFF'S MOTION FOR** |
| vs. | ) **APPOINTMENT OF COUNSEL** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) |
| Defendant | ) |

I am the Plaintiff, Michael Bunney, in the aforementioned matter. I respectfully request that I be provided with court appointed counsel to represent me in this matter.

The reason for my request is that I am out of work because of a medical disability and have been so since October 13, 2007. I have no financial means other than the miniscule disability benefits provided me by the state of California.

Since December, 13, 2007, the Defendant, The Prudential Insurance Company Of America has refused to pay the disability benefits rightfully due me and that is the basis of the matter before the court. I am seeking damages in the amount of

Plaintiff's Motion - 1

1 approximately $31,781 for disability insurance payment
2 arrearages due me by the Defendant as well as other yet to be
3 determined damages.

Dated this 5th of May, 2008

Respectfully submitted

*Michael G. Bunney*
Michael G. Bunney
In Proper

Plaintiff's Motion - 2