UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. BUNNEY,<br><br>         Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>         Defendant. | Civil No. 08-cv-0760-BTM (POR)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |

  By Order dated May 9, 2008, the Court ordered that an Early Neutral Evaluation of this case shall be held on May 28, 2008 at 2:00 p.m. On May 22, 2008, Plaintiff - who had been appearing in this matter *pro se* - brought a motion to have counsel represent him. On May 27, 2008, the Honorable Barry Ted Moskowitz granted Plaintiff's motion. Due to this substitution of counsel, the Court finds good cause to reschedule the Early Neutral Evaluation conference set for May 28, 2008, so that Plaintiff's recently retained counsel may apprise himself of Plaintiff's claims. Therefore, IT IS HEREBY ORDERED that the Early Neutral Evaluation Conference scheduled for May 28, 2008 at 2:00 p.m. shall be held on **June 9, 2008** at **4:30 p.m.** The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Defendant shall arrange and coordinate the conference call.

  The Court does not require briefing in advance of the Early Neutral Evaluation conference. However, counsel shall be prepared to discuss the following matters:

  1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

| | | |
|---|---|---|
| 1 | 2. | The scheduling of the Federal Rule of Civil Procedure 26(f) conference; |
| 2 | 3. | The date of initial disclosure and the date for lodging the discovery plan following |
| 3 | | the Rule 26(f) conference; |
| 4 | 4. | The scheduling of a Settlement Conference with all counsel, all parties, and any other |
| 5 | | person(s) whose authority is required to negotiate and enter into settlement; and, |
| 6 | 5. | The scheduling of a Case Management Conference pursuant to Federal Rule of Civil |
| 7 | | Procedure 16(b). |

The Court will issue an order following the Early Neutral Evaluation Conference addressing these issues and setting dates as appropriate.

Questions regarding this case may be directed to Judge Porter's law clerk, David K. Ries, at (619) 557-5383.

DATED: May 27, 2008

*Louisa Porter*
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Barry Ted Moskowitz
        All parties