UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. BUNNEY,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Civil No.   08-cv-0760-BTM (POR)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SCHEDULING RULE 26 COMPLIANCE AND NOTICE OF SETTLEMENT CONFERENCE** |

On June 9, 2008, the Court held a telephonic Early Neutral Evaluation Conference in this E.R.I.S.A. action.  Frank Darras appeared on behalf of Plaintiff; Donald Sullivan appeared on behalf of Defendant.  After consulting with counsel for the parties and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1.    Defendant shall file and produce the administrative record to Plaintiff on or before **June 16, 2008**.

2.    The Rule 26(f) conference shall be completed on or before **July 14, 2008**.  In addition to the subject areas dictated by Rule 26(f), counsel shall discuss the completeness  of the administrative record, the appropriate standard of review and the parties' positions regarding discovery beyond the administrative record.

3.    If the parties will be filing motions relating to the administrative record and/or discovery, counsel shall jointly contact chambers to obtain a briefing schedule.

///

08cv760

4.    Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **July 25, 2008**.

5.    A Settlement Conference shall be held on **August 6, 2008** at **2:00 p.m.** in  Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California.  All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference.  Corporate counsel and/or retained outside corporate counsel **shall not** appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement.

Counsel shall lodge settlement statements directly with the chambers of Judge Porter on or before **July 31, 2008**.  The settlement statements should include a neutral factual statement of the case, identify controlling legal issues, and concisely set out issues of liability and damages, including any settlement demands and offers to date and addressing special and general damages where applicable.  Settlement statements shall not be filed with the Clerk of the Court.  The briefs may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

If the case does not settle at the Settlement Conference, a Case Management Conference shall follow immediately thereafter.

6.    Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

7.    Failure of any counsel or party to comply with this order shall be cause for the imposition of sanctions.

DATED:  June 10, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable Barry Ted Moskowitz

all parties