DONALD P. SULLIVAN, State Bar No. 191080
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dpsullivan@morganlewis.com

Attorney for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. BUNNEY,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Case No. 08CV760 BTM-POR<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Defendant the Prudential Insurance Company of America ("Defendant") hereby substitute retained counsel Lisa Garner of Gordon & Rees, 633 West Fifth Street, Suite 4900, Los Angeles, CA, 90071, as attorney of record in the place and stead of Donald P. Sullivan of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California, 94105.

///
///
///
///
///
///
///

1  Please direct all notices and other communications to Defendant pertaining to this case to Gordon
2  & Rees at the above-identified address.

3

4  Dated: July 7, 2008

5  _____
   The Prudential Insurance Company of
   America

6
7  Dated: July 8, 2008

   _____
   Donald P. Sullivan
   MORGAN, LEWIS & BOCKIUS LLP

8

9  Dated: _____, 2008

10 _____
   Lisa Garner
   GORDON & REES

11

12

13                    **[PROPOSED] ORDER**

14  The substitution of counsel in above-titled case is hereby approved.

15  IT IS SO ORDERED.

16

17  Dated:_____

   _____
18  The Hon. Barry Ted Moskowitz
    United States District Judge

19

20  DB1/61953214.1

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2           NOTICE OF SUBSTITUTION OF COUNSEL
            CASE NO. 08CV760

1  Please direct all notices and other communications to Defendant pertaining to this case to Gordon
2  & Rees at the above-identified address.

3

4  Dated:_____, 2008                          _____
5                                                  The Prudential Insurance Company of
                                                   America
6
7  Dated: July 8, 2008                             _____
                                                   Donald P. Sullivan
8                                                  MORGAN, LEWIS & BOCKIUS LLP

9
10 Dated: July 9, 2008                             _____
                                                   Lisa Garner
11                                                 GORDON & REES

12

13                              [PROPOSED] ORDER

14       The substitution of counsel in above-titled case is hereby approved.

15 IT IS SO ORDERED.

16

17 Dated:_____                                _____
                                                   The Hon. Barry Ted Moskowitz
18                                                 United States District Judge

19

20 DB1/61953214.1

21

22

23

24

25

26

27

28