# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. BUNNEY,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　Defendant. | CASE NO. 08CV760 BTM (POR)<br><br>ORDER GRANTING SUBSTITUTION OF COUNSEL |

　　　Defendant the Prudential Insurance Company of America ("Defendant") requests substitution of retained counsel Lisa Garner of Gordon & Rees, 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071, as attorney of record in the place and stead of Donald P. Sullivan of Morgan Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California, 94105. The substitution of counsel in the above titled case is hereby approved. IT IS SO ORDERED.

DATED: July 21, 2008

　　　　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　United States District Judge