UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. BUNNEY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　　　　Defendant. | Civil No.   08-cv-0760-BTM (POR)<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE AND RESCHEDULING SETTLEMENT CONFERENCE** |

On July 10, 2008, Defendant filed a motion to substitute counsel in this case. That motion was granted by the Honorable Barry Ted Moskowitz on July 21, 2008. Counsel for both parties have contacted the Court to jointly request that the Settlement Conference previously scheduled for August 6, 2008 be rescheduled. By joint request of the parties, IT IS HEREBY ORDERED:

1. The Court shall hold a <u>telephonic</u> Case Management Conference, with <u>attorneys only</u>, on **August 11, 2008** at **1:30 p.m.** Counsel for Plaintiff shall arrange and initiate the conference call.

2. The Settlement Conference previously scheduled for August 6, 2008 shall be held on **September 17, 2008** at **2:00 p.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California. All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference. Corporate counsel and/or retained outside corporate counsel **shall not** appear on behalf of a corporation as the party who has the authority to negotiate

and enter into a settlement.

Counsel shall lodge settlement statements directly with the chambers of Judge Porter on or before **September 11, 2008**. The settlement statements should include a neutral factual statement of the case, identify controlling legal issues, and concisely set out issues of liability and damages, including any settlement demands and offers to date and addressing special and general damages where applicable. Settlement statements <u>shall not</u> be filed with the Clerk of the Court. The briefs may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

DATED: July 22, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Barry Ted Moskowitz

all parties