RONALD K. ALBERTS (SBN 100017)
SHANNON L. VICTOR (SBN 221889)
GORDON & REES LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
The Prudential Insurance Company of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MICHAEL G. BUNNEY, | CASE NO. 08-cv-0760 BTM (POR) |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

TO THE COURT AND TO THE PARTIES HEREIN:

PLEASE TAKE NOTICE that Ronald K. Alberts and Shannon L. Victor of the law firm of Gordon & Rees LLP, hereby replace the current attorney of record, Lisa K. Garner, of the same law firm.

Dated: August 6, 2008

GORDON & REES LLP

By: /s/ Ronald K. Alberts
Ronald K. Alberts
Shannon L. Victor
Attorneys for Defendant
The Prudential Insurance Company of America

-1-

08-cv-0760