UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. BUNNEY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　　　　　Defendant. | Civil No.   08-cv-0760-BTM (POR)<br><br>**ORDER CONFIRMING SETTLEMENT CONFERENCE AND SETTING DEADLINE TO FILE STIPULATION TO *DE NOVO* REVIEW OF ADMINISTRATIVE RECORD** |

On August 11, 2008, the Court held a telephonic Case Management Conference in this case. Frank Darras appeared on behalf of Plaintiff; Ron Alberts and Shannon Victor appeared on behalf of Defendant. Counsel for the parties represent that they have stipulated to a *de novo* review of the Administrative Record in this E.R.I.S.A. action. After discussion with counsel, IT IS HEREBY ORDERED:

1.　The parties shall file their stipulation to *de novo* review of the Administrative Record on or before **September 8, 2008**.

2.　The Court hereby confirms the Settlement Conference previously scheduled to be held on **September 17, 2008** at **2:00 p.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California. All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference. Corporate counsel and/or retained outside corporate counsel **shall not** appear on behalf of a corporation as the party who has the authority to negotiate and enter into a settlement. Counsel shall lodge settlement

statements directly with the chambers of Judge Porter on or before **September 11, 2008**. The settlement statements should include a neutral factual statement of the case, identify controlling legal issues, and concisely set out issues of liability and damages, including any settlement demands and offers to date and addressing special and general damages where applicable. Settlement statements <u>shall not</u> be filed with the Clerk of the Court. The briefs may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

DATED: August 14, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:    The Honorable Barry Ted Moskowitz
       all parties