RONALD K. ALBERTS (SBN 100017)
SHANNON L. VICTOR (SBN 221889)
GORDON & REES LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470
Attorneys for Defendant
The Prudential Insurance Company of America

FRANK N. DARRAS, ESQ.
LISSA A. MARTINEZ, ESQ.
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA 91761
Telephone: (909) 390-3770
Facsimile: (909) 974-2121
Attorneys for Plaintiff Michael G. Bunney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. BUNNEY,<br><br>                 Plaintiff,<br><br>    vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                 Defendant. | CASE NO. 08-cv-0760 BTM (POR)<br><br>JOINT STIPULATION TO *DE NOVO* REVIEW |

TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES THROUGH THEIR COUNSEL OF RECORD HEREIN:

Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and Plaintiff MICHAEL G. BUNNEY, (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate that the above-referenced

ERISA action is subject to *de novo* review.

**IT IS SO STIPULATED.**

Dated:  September 8, 2008				GORDON & REES LLP


						By:	/s/ Ronald K. Alberts
							Ronald K. Alberts
							Shannon L. Victor
							Attorneys for Defendant
							The Prudential Insurance
							Company of America
							E-mail:  ralberts@gordonrees.com


Dated:  September 8, 2008				SHERNOFF BIDART DARRAS ECHEVERRIA, LLP


						By:	/s/ Lissa Martinez
							Frank N. Darras
							Lissa Martinez
							Attorneys for Plaintiff
							Michael G. Bunney
							E-mail:  lmartinez@sbdelaw.com